Pearson, C. J.
 

 The testimony of Hutchison establishes the fact that the judgment was not satisfied, except as to the amount of four • dollars, and explains the endorsement, so as to show that it was made as a memorial of the fact that the amount had been paid by Garrow to the plaintiffs in the judgment, and this testimony, together with the other circumstances, was evidence to justify the jury in coming to the conclusion that Garrow did not make the payment as a satisfaction, but did so for the purpose of relieving himself from liabilty, because of his neglect to collect, and with an intention to purchase the judgment, with a view to indemnify himself by causing the money to be made out of Hutchison, the original debtor.
 

 According to the admissions of the defendant, Garrow put the judgment into his hands to be collected for his, (Garrow’s) use, which he undertook to do, being notified of the fact that Garrow -was entitled to the beneficial interest, because he had paid the amount, minus the four dollars to the plaintiffs. This distinguishes our case from
 
 State
 
 v.
 
 Farmer,
 
 10 Ired. Rep. 45. In that case, Brittain, the relator, had no beneficial interest in the judgment, and acted as the agent of the plaintiffs in putting the claims in the hands of the officer for collection,.
 

 Pee, Cubiam, Judgment affirmed.